```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
In re WILLIAM CHARLES BACE         :
-----------------------------------X
WILLIAM CHARLES BACE,              :    11 Civ. 6065 (PAC)(HBP)

                    Appellant,     :
                                        SCHEDULING
     -against-                     :    ORDER

TRUSTEE ROY BABITT, et al.,        :

                    Appellees.     :
-----------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/11

          PITMAN, United States Magistrate Judge:

          A status conference having been held on this date, for the reasons stated on the record in open court and with the consent of all parties, it is hereby ORDERED:

> 1. Appellant shall submit his opening brief no later than December 15, 2011.
>
> 2. Appellees shall submit their responsive briefs or any other applications they wish to make no later than January 19, 2012.

3. Plaintiff shall submit his reply brief no later than February 2, 2012.

Dated:  New York, New York
        November 16, 2011

SO ORDERED

_____
HENRY PITMAN
United States Magistrate Judge

Copies transmitted to:

Mr. William Bace
Apt. A
31 East 30th Street
New York, New York  10016

Joshua Wolf, Esq.
Assistant Corporation Counsel
City of New York
5th Floor
100 Church Street
New York, New York  10007

Thomas Lambert, Esq.
Lambert and Shackman PLLC
274 Madison Avenue
New York, New York  10016-0701

Heike M. Vogel, Esq.
Arent Fox LLP
1675 Broadway
New York, New York  10019